AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**EDWARD A. MADDOX**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **SEPTEMBER 29, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **DETECTIVE KEVIN COPELAND**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes    ☐ No

Signature of Complainant
**DETECTIVE KEVIN COPELAND
NARCOTICS & SPECIAL
INVESTIGATIONS DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____   at        Washington, D.C.
Date                                                                                          City and State

_____         _____
Name & Title of Judicial Officer                            Signature of Judicial Officer

**STATEMENT OF FACTS**

      On September 29, 2007, sworn officers with the Metropolitan Police Department's Narcotics & Special Investigations Division executed a D.C. Superior Court search warrant at xxxx Xxxxxxx Xxxx, X.X., Xxxxxxxxxx, X.X.  Once in the location, officers saw the defendant, Edward Maddox parking his vehicle, and stopped him once he exited the vehicle.  Officers knocked on the door of the above location, and after receiving no answer, officers used the key recovered from the defendant to enter the premises.  Upon gaining entry, officers recovered seven ziplock bags containing white powder substance, a plastic bag containing a brownish powder substance, several clear plastic bags containing a white powder substance, numerous empty ziplocks, U.S. Currency, strainers, cutting agents, and other items used to prepare heroin for sale.  Officers also recovered mail matter in the defendant's name.  A portion of both the brownish powder substance and the white powder substance field tested positive for opiates.  Officers placed the defendant under arrest.  The approximate weight of the brownish powder substance was 123 grams, and the approximate weight of the white powder substance was 150 grams, which are weights indicating the suspected heroin was going to be sold to others rather than used exclusively by the defendant.  After arrest, the defendant told officers that everything recovered belonged to him.


      DETECTIVE KEVIN COPELAND
      NARCOTICS & SPECIAL INVESTIGATIONS
      DIVISION, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF OCTOBER, 2007.


      U.S. MAGISTRATE JUDGE