UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **07-288** |
| v. | : | MAGISTRATE NO. 07-0485M-01 (CR) |
| **EDWARD A. MADDOX,** | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(B)(i) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 100 Grams or More of Heroin); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(D) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | Cannabis); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

FRIEDMAN, J. PLF

OCT 25 2007

**INDICTMENT**

The Grand Jury charges that:

<u>COUNT ONE</u>

On or about September 29, 2007, within the District of Columbia, **EDWARD A. MADDOX,** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance and the amount of said mixture and substance was 100 grams or more.

**(Unlawful Possession with Intent to Distribute Heroin,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i))

## COUNT TWO

On or about September 29, 2007, within the District of Columbia, **EDWARD A. MADDOX**, did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cannabis, a Schedule I controlled substance.

**(Unlawful Possession with Intent to Distribute Cannabis**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D))

## COUNT THREE

On or about September 29, 2007, within the District of Columbia, **EDWARD A. MADDOX**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Counts One and Two of this Indictment which is incorporated herein, a firearm, that is, a Hi Point .40 caliber pistol.

**(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FOUR

On or about September 29, 2007, within the District of Columbia, **EDWARD A. MADDOX**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. F3459-81, did unlawfully and knowingly receive and possess a firearm, that is, a Hi Point .40 caliber pistol, and did unlawfully and knowingly receive and possess

ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.