UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV -9 2007

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 07-288 (PLF)
)
Edward A. Maddox )
Defendant. )

## ORDER

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house Edward A. Maddox at Central Treatment Facility until further Order of this Court. — for purpose of drug treatment. Access to law library also requested.

_November 9, 2007_
Date

_Paul L. Friedman_
Judge Paul L. Friedman
United States District Court