UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. No.  07-288 (PLF) |
| | : | |
| EDWARD MADDOX, | : | |
| Defendant. | : | |

**GOVERNMENT'S PROPOSED SCHEDULE FOR POST-HEARING
BRIEFING ON DEFENDANT'S MOTION TO SUPPRESS
EVIDENCE, STATEMENTS, AND OTHER INFORMATION AND
GOVERNMENT'S MOTION TO CONTINUE THE TRIAL DATE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully proposes the following post-hearing briefing schedule on defendant's motion to suppress evidence, statements, and other information.  In light of this post-hearing briefing schedule, the government also respectfully requests a continuance of the trial date in this case, which is currently scheduled for April 28, 2008, until May 19, 2008.  Undersigned government counsel has consulted with counsel for the defendant, Jerry Smith, who stated that the defendant would oppose this requested continuance.

I.      Government's Proposed Briefing Schedule

The government respectfully proposes the following post-hearing briefing schedule and continued trial date:

| | |
|---|---|
| Monday, April 14, 2008 | Filing of Defendant's Post-Hearing Brief on Defendant's Motion to Suppress Evidence, Statements and Other Information |
| Monday, April 21, 2008 | Filing of Government's Opposition to Defendant's Post-Hearing Brief |
| Friday, April 25, 2008 | Filing of Defendant's Reply to Government's Opposition to Defendant's Post-Hearing Brief |

        Thursday, May 1, 2008        Argument/Ruling on the Parties' Post-Hearing Briefs

        Monday, May 19, 2008        Continued Trial Date

II.        <u>Government's Request for a Continuance of the Trial Date</u>

The government respectfully requests a continuance of the trial date, currently scheduled for April 28, 2008, until May 19, 2008. The government requests this continuance: 1) to avoid over-compression of the post-hearing briefing schedule because those briefs address significant issues which could severely impact the nature of future proceedings in this case, and 2) to allow sufficient time between the court's ruling and the trial so that the government can avoid the unnecessary expenditure of government resources and properly prepare for the trial in light of that ruling.

Given the relatively short amount of time remaining until the current April 28 trial date, the parties would have very little time to prepare their post-hearing briefs and to adjust their trial preparation after a ruling on those briefs, if the trial date was not continued. Given that the defendant moves to suppress a significant portion, if not all, of the relevant evidence in this case, sufficient time should be allowed to enable the parties to brief the relevant issues and prepare for the argument as well as, importantly, to enable the court to have sufficient time to review these issues prior to issuing its ruling. Furthermore, because the Court's ruling on defendant's motion could have a significant impact on the evidence available to the government to present at trial, adequate time to prepare for trial in light of that ruling would be very important. Such preparation would include, for example: 1) properly preparing and ensuring the availability of the government's anticipated witnesses, which include both government and non-government employees; 2) properly preparing the government's opening and closing statements; and 3) properly preparing the direct and cross-examination of witnesses. Additional time may also allow the parties, if appropriate, to engage in plea negotiations to account for the Court's ruling.

Although the government believes that additional time is necessary and appropriate, the government does not request an extended continuance and would propose a trial date of May 19, 2008. Based on the Court's comments at the March 27 hearing, this date appeared to be available on the Court's calendar.

Moreover, based on the government's calculations – which have been reviewed with defense counsel, the requested continuance would still comply with the 90-day Speedy Trial Act requirement set forth in 18 U.S.C. sec. 3164. Although the defendant was arrested and detained on September 29, 2007, the days between November 27 through February 25 have been excluded due to the defendant's waiver and the time between March 24 – the filing date of defendant's motion – and May 1 – the proposed date of the argument and ruling on that motion– would be excluded as well.

Thus, although the defendant is detained, the government believes that the proposed post-hearing briefing schedule is reasonable and appropriate. In addition, the Government believes the ends of justice served by the requested trial continuance – until May 19, 2008 – outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:     /s/
OPHER SHWEIKI
Assistant United States Attorney
Bar No. 458776
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8822
Opher.Shweiki@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the "GOVERNMENT'S PROPOSED SCHEDULE FOR POST-HEARING BRIEFING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE, STATEMENTS, AND OTHER INFORMATION AND GOVERNMENT'S MOTION TO CONTINUE THE TRIAL DATE" was served upon counsel of record for the defendant, Jerry Ray Smith, Esq., 717 D Street, N.W., Suite 400, Washington, D.C. 20004, through the electronic court filing system, this 8th day of April 2008.

                                                              /s/
                                          OPHER SHWEIKI

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 07-288 (PLF) |
| v. | |
| EDWARD MADDOX,<br>　　　　Defendant. | |

ORDER

The Court has considered the Government's proposed scheduled for post-hearing briefing on defendant's motion to suppress evidence, statements, and other information and Government's motion to continue the trial date. Upon finding it appropriate to do so and the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial, it is hereby ORDERED, this _____ day of _____ 2008, that the following post-hearing briefing schedule and continued trial date be scheduled:

| | |
|---|---|
| Monday, April 14, 2008 | Filing of Defendant's Post-Hearing Brief on Defendant's Motion to Suppress Evidence, Statements and Other Information |
| Monday, April 21, 2008 | Filing of Government's Opposition to Defendant's Post-Hearing Brief |
| Friday, April 25, 2008 | Filing of Defendant's Reply to Government's Opposition to Defendant's Post-Hearing Brief |
| Thursday, May 1, 2008 | Argument/Ruling on the Parties' Post-Hearing Briefs |
| Monday, May 19, 2008 | Continued Trial Date |

                                                _____
Judge
United States District Court for the District of Columbia

copies to:

Opher Shweiki
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530

Jerry Ray Smith, Esq.,
717 D Street, N.W., Suite 400,
Washington, D.C.  20004