UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 07-288 |
| v.        )( | Judge Friedman |
| )( | |
| EDWARD MADDOX         )( | |

STATEMENT OF NO OPPOSITION
TO GOVERNMENT'S PROPOSED SCHEDULE
FOR POST-HEARING BRIEFING ON DEFENDANT'S MOTION TO SUPPRESS
EVIDENCE, STATEMENTS, AND OTHER INFORMATION AND
GOVERNMENT'S MOTION TO CONTINUE TRIAL DATE

COMES NOW the defendant, Edward Maddox, by and through undersigned counsel, and respectfully states that he has no opposition to the Government's Proposed Schedule for Post-Hearing Briefing on Defendant's Motion to Suppress Evidence, Statements, and Other Information and Government's Motion to Continue Trial. In support of this statement of no opposition, Mr. Maddox would show:

1.      On March 26, 2008, an evidentiary hearing was held on Mr. Maddox's Motion to Suppress Evidence, Statements, and Information (Motion to Suppress). At the conclusion of the hearing, it was agreed that the parties would brief the issues that were raised by the testimony adduced at that hearing. The parties were instructed to submit to the Court a proposed briefing schedule.

2.      On April 8, 2008, the government filed a Government's Proposed Schedule for Post-Hearing Briefing on Defendant's Motion to Suppress Evidence, Statements, and Other Information and Government's Motion to Continue Trial (Proposed Schedule/Motion to Continue).

3. In the Proposed Schedule/Motion to Continue, the government proposes certain dates upon which the parties should file their briefings. Undersigned counsel has yet to receive a copy of the transcript of the evidentiary hearing. However, counsel believes that he will have the transcript by the end of the day on Wednesday, April 9, 2008. If this turns out to be correct, then the government's proposed briefing schedule is agreeable to the defense. Mr. Maddox therefore does not oppose the government's proposed dates for filing the briefings—with the understanding that, if it turns out that the transcript is delayed in getting to counsel, he may move for a short extension for submitting his filings.

4. In the Proposed Schedule/Motion to Continue, the government requests that the trial date for this case be continued from April 28, 2008 to May 19, 2008. The government indicates that, even if the trial is continued as suggested, the trial will still occur in compliance with the Speedy Trial Act. The government submits that the short continuance it seeks will, among other things, conserve resources and allow the parties to prepare for trial with the benefit of knowing the Court's ruling on the Motion to Suppress. Also, because the parties will now be preparing briefings on issues related to the Motion to Suppress during the time that they had originally budgeted for trial preparation, a significant strain possibly effecting preparedness will be placed on both counsel for the government and Mr. Maddox if the trial date is not continued.

5. Undersigned counsel agrees with the representations that the government makes regarding the fact that the proposed continuance will still be in compliance with the Speedy Trial Act. Recognizing the reasonableness of the government's request for a

short continuance, Mr. Maddox does not oppose the government's request to continue the trial from April 28, 2008 to May 19, 2008.

6.     It should be pointed out that, in not opposing the government's request to continue the trial from April 28, 2008 to May 19, 2008, Mr. Maddox is in no way waiving any rights he has under the Speedy Trial Act.  Since a trial starting on May 19, 2008 would still be in compliance with the Speedy Trial Act, such waiver is neither needed nor being given.

WHEREFORE, the defendant, Edward Maddox, states that he has no opposition to the Government's Proposed Schedule for Post-Hearing Briefing on Defendant's Motion to Suppress Evidence, Statements, and Other Information and Government's Motion to Continue Trial.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith
Counsel for Edward Maddox
717 D Street, N.W.
Suite 400
Washington, D.C. 20004