UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

EDWARD MADDOX,
Defendant.

Cr. No. 07-288 (PLF)

**FILED**

APR - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

The Court has considered the Government's proposed scheduled for post-hearing briefing on defendant's motion to suppress evidence, statements, and other information and Government's motion to continue the trial date. Upon finding it appropriate to do so and the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial, it is hereby ORDERED, this 7th day of April 2008, that the following post-hearing briefing schedule and continued trial date be scheduled:

| | |
|---|---|
| Monday, April 14, 2008 | Filing of Defendant's Post-Hearing Brief on Defendant's Motion to Suppress Evidence, Statements and Other Information |
| Monday, April 21, 2008 | Filing of Government's Opposition to Defendant's Post-Hearing Brief |
| Friday, April 25, 2008 | Filing of Defendant's Reply to Government's Opposition to Defendant's Post-Hearing Brief |
| Thursday, May 1, 2008 | Argument/~~Ruling~~ on the Parties' Post-Hearing Briefs — 11 a.m. |
| ~~Monday, May 19, 2008~~ | ~~Continued Trial Date~~ |

Tusday May 20 — Jury Selection

Tusday, May 2+ — Opening statements, w/ witnesses (3 days)



_____
Judge
United States District Court for the District of Columbia

copies to:

Opher Shweiki
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530

Jerry Ray Smith, Esq.,
717 D Street, N.W., Suite 400,
Washington, D.C.  20004