UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | )( | |
| | )( | **Criminal No. 07-288** |
| v. | )( | **Judge Friedman** |
| | )( | **Motions Hearing: May 1, 2008** |
| EDWARD MADDOX | )( | |

**UNOPPOSED MOTION FOR LEAVE TO LATE-FILE
MEMORANDUM OF POINTS AND AUTHORITY
IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS
EVIDENCE, STATEMENTS, AND INFORMATION**

COMES NOW the defendant, Edward Maddox, by and through undersigned counsel, and respectfully moves this Honorable Court to permit him to file a Memorandum of Points and Authority in Support of Defendant's Motion to Suppress Evidence, Statements, and Information on April 15, 2008—that is, one day after the agreed upon filing date. In support of this motion, Mr. Maddox would show:

1.   An evidentiary hearing on Mr. Maddox's Motion to Suppress Evidence, Statements, and Information was held on March 26, 2008. After the hearing, the parties agreed upon a schedule for submitting post-trial briefings on the issues raised at the evidentiary hearing. Through undersigned counsel, Mr. Maddox agreed to submit a post-trial briefing by April 14, 2008.

2.   At the time that undersigned counsel had agreed to the April 14, 2008 date for submitting a post-trial briefing, he had not yet received the transcript of the evidentiary hearing. After obtaining and reviewing that transcript and in writing his post-trial briefing, counsel realized that the issues raised at the evidentiary hearing were more significant and complex than counsel had expected.

1

3.      Since receiving the transcript of the evidentiary hearing, undersigned counsel has been working very hard on his post-trial briefing. However, counsel was not able to finish the briefing until April 15, 2008. This briefing has been captioned "Memorandum of Points and Authority in Support of Defendant's Motion to Suppress Evidence, Statements, and Information" (Memorandum). Counsel now seeks to file the Memorandum on April 15, 2008—one day after the agreed-on filing date.

4.      On April 14, 2008 and April 15, 2008, undersigned counsel exchanged phone messages with Assistant United States Attorney Opher Shweiki. In a message from April 15, 2008, Mr. Shweiki graciously indicated that he has no opposition to Mr. Maddox filing the Memorandum on April 15, 2008.

WHEREFORE, the defendant, Edward Maddox, moves this Honorable Court to permit him to file a Memorandum of Points and Authority in Support of Defendant's Motion to Suppress Evidence, Statements, and Information on April 15, 2008.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith
Counsel for Edward Maddox
717 D Street, N.W.
Suite 400
Washington, D.C. 20004

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | )( | |
| | )( | **Criminal No. 07-288** |
| v. | )( | **Judge Friedman** |
| | )( | **Motions Hearing: May 1, 2008** |
| **EDWARD MADDOX** | )( | |

## ORDER

The Court having considered Mr. Maddox's Unopposed Motion for Leave to Late-File Memorandum of Points and Authority in Support of Defendant's Motion to Suppress Evidence, Statements, and Information (Memorandum), it is, this _____ day of _____, 2008, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that Mr. Maddox shall be allowed to file the Memorandum on April 15, 2008.

_____
Paul L. Friedman
United States District Judge