UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Cr. No.  07-288 (PLF) |
| : | |
| EDWARD MADDOX, : | |
| Defendant. : | |

PROPOSED SCHEDULE FOR ADDITIONAL
POST-HEARING BRIEFING ON DEFENDANT'S MOTION TO
SUPPRESS EVIDENCE, STATEMENTS, AND OTHER INFORMATION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully proposes the following supplemental post-hearing briefing schedule on defendant's motion to suppress evidence, statements, and other information. Undersigned government counsel has consulted with counsel for the defendant, Jerry Smith, who stated that the defendant does not oppose this proposed briefing schedule. In support of this proposed briefing schedule, the government submits the following:

1.   Following an evidentiary hearing held on March 26, 2008, and subsequent post-hearing briefing, the parties appeared before the Court on May 1, 2008, for oral argument on the defendant's motion to suppress evidence, statements, and other information.

2.   At that oral argument, the Court provided the parties with the opportunity to brief the applicability of the case of United States v. Watson, 423 U.S. 411 (1976), as well as other pertinent case law which may not have been specifically addressed in their prior briefs.

3.   The Court then requested the parties to submit a proposed briefing schedule which would allow for the submission of their briefs by May 13, 2008. To that end, the parties have conferred and propose the following schedule:

| | |
|---|---|
| Monday, May 5, 2008 | Filing of Defendant's Additional Post-Hearing Brief |
| Friday, May 9, 2008 | Filing of Government's Opposition |
| Tuesday, May 13, 2008 | Filing of Defendant's Reply Brief |

For the reasons set forth above, the United States Attorney for the District of Columbia, respectfully requests this Honorable Court to permit the previously-described supplemental briefing schedule on defendant's motion to suppress evidence, statements, and other information.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By:  _____/s/_____
     OPHER SHWEIKI
     Assistant United States Attorney
     Bar No. 458776
     Federal Major Crimes Section
     555 4th Street, N.W.
     Washington, D.C. 20530
     (202) 353-8822
     Opher.Shweiki@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Cr. No. 07-288 (PLF) |
| : | |
| **EDWARD MADDOX,** : | |
|       **Defendant.** : | |

**ORDER**

The Court has considered the Government's unopposed proposal for the scheduling of supplemental post-hearing briefing on defendant's motion to suppress evidence, statements, and other information. Upon review of the Government's proposed schedule and the entire record in this case, it is hereby ORDERED, this _____ day of _____ 2008, that the following additional post-hearing briefing be scheduled:

| | |
|---|---|
| Monday, May 5, 2008 | Filing of Defendant's Additional Post-Hearing Brief |
| Friday, May 9, 2008 | Filing of Government's Opposition |
| Tuesday, May 13, 2008 | Filing of Defendant's Reply Brief |

_____
Judge
United States District Court for the District of Columbia

copies to:

Opher Shweiki
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530

Jerry Ray Smith, Esq.,
717 D Street, N.W., Suite 400,
Washington, D.C. 20004