UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. No. 07-288 (PLF) |
| | : | |
| EDWARD MADDOX, | : | |
| Defendant. | : | |

**FILED**
MAY - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

The Court has considered the Government's unopposed proposal for the scheduling of supplemental post-hearing briefing on defendant's motion to suppress evidence, statements, and other information. Upon review of the Government's proposed schedule and the entire record in this case, it is hereby ORDERED, this 7th day of May 2008, that the following additional post-hearing briefing be scheduled:

| | |
|---|---|
| Monday, May 5, 2008 | Filing of Defendant's Additional Post-Hearing Brief |
| Friday, May 9, 2008 | Filing of Government's Opposition |
| Tuesday, May 13, 2008 | Filing of Defendant's Reply Brief |

_____
Judge
United States District Court for the District of Columbia

copies to:

Opher Shweiki
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530

Jerry Ray Smith, Esq.,
717 D Street, N.W., Suite 400,
Washington, D.C. 20004