UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | )( | |
| | )( | Criminal No. 07-288 |
| v. | )( | Judge Friedman |
| | )( | Motions Hearing: May 15, 2008 |
| EDWARD MADDOX | )( | |

**UNOPPOSED REVISION TO GOVERNMENT'S PROPOSED SCHEDULE
FOR ADDITIONAL BRIEFINGS ON DEFENDANT'S MOTION
TO SUPPRESS EVIDENCE, STATEMENTS, AND INFORMATION**

COMES NOW the defendant, Edward Maddox, by and through undersigned counsel, and respectfully suggests the following unopposed revision to the government's Proposed Schedule for Additional Briefings on Defendant's Motion to Suppress Evidence, Statements, and Other Information. In support of this filing, Mr. Maddox would show:

1.  On March 4, 2008, Mr. Maddox filed a Motion to Suppress Evidence, Statements, and Information and Points and Authority in Support thereof (Motion to Suppress). Arguments on the Motion to Suppress were held on March 26, 2008 and on May 1, 2008.

2.  The day before the hearing on May 1, 2008, the Court sent an e-mail to the parties directing their attention to United States v. Watson, 423 U.S. 411 (1976). Watson holds that, at least in the presence of an authorizing statute, the police are permitted to make warrantless arrests upon probable cause even without showing of exigent circumstances. Id. at 423-24. When the hearing was held on May 1, 2008, it was agreed that the parties would submit additional filings regarding the Motion to Suppress in light

of <u>Watson</u>. It was further agreed that the parties would work out among themselves a schedule for submitting these additional filings—provided that all filings be submitted no later than May 13, 2008

      3.      On May 5, 2008, the government filed a Proposed Schedule for Additional Post-Hearing Briefings on Defendant's Motion to Suppress Evidence, Statements, and Other Information (Proposed Schedule). The Proposed Schedule suggested the following dates for the parties to submit additional filings regarding the defendant's Motion to Suppress (the parties had agreed on these dates prior to the filing of the Proposed Schedule):

      May 5, 2008, defendant's initial filing;

      May 9, 2008, government's response; and

      May 13, 2008, defendant's reply.

      4.      On May 7, 2008, the Court issued an order directing the parties to file their additional briefings in accordance with the schedule set forth in the government's Proposed Schedule.

      5.      On May 6, 2007—the day before the Court issued its order—the parties agreed to revise the Proposed Schedule. This was because counsel for Mr. Maddox, due to some scheduling conflicts, needed a few additional days in which to submit his initial filing. Accordingly, the parties agreed on the following revision to the proposed schedule:

      May 7, 2008, defendant's initial filing;

      May 12, 2008, government's response; and

May 13, 2008; defendant's reply.

6.  On May 7, 2008, Mr. Maddox filed a Defendant's Post-Hearing Briefing on Issues Related to the Application of <u>United States v. Watson</u> to his Motion to Suppress Evidence, Statements, and Information (initial filing).

7.  On May 12, 2008, undersigned counsel spoke with Assistant United States Attorney Opher Shweiki. Mr. Shweiki indicated that he would be filing a response to Mr. Maddox's initial filing by the end of the day.

8.  Mr. Maddox will file his reply, if any, to the government's response to his initial filing on May 13, 2008.

## **CONCLUSION**

WHEREFORE, the defendant, Edward Maddox, submits the following unopposed revision to the government's Proposed Schedule:

May 7, 2008, defendant's initial filing;

May 12, 2008, government's response; and

May 13, 2008; defendant's reply.

Respectfully submitted,

_____/s/_____
Jerry Ray Smith
Counsel for Edward Maddox
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 347-6101

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | **Criminal No. 07-288** |
| v.   )( | **Judge Friedman** |
| )( | **Motions Hearing: May 15, 2008** |
| EDWARD MADDOX )( | |

## ORDER

**UPON CONSIDERATION** of Edward Maddox's Unopposed Revision to Government's Proposed Schedule for Additional Briefings on Defendant's Motion to Suppress Evidence, Statements, and Information, it is this _____ day of _____, 2008 hereby

**ORDERED** that the parties shall submit additional briefings on Mr. Maddox's Motion to Suppress Evidence, Statements, and Information in accordance with the following schedule:

    May 7, 2008, defendant's initial filing;

    May 12, 2008, government's response; and

    May 13, 2008; defendant's reply.

**SO ORDERED.**

                                                                             _____
                                                                             Paul L. Friedman
                                                                             United States District Judge