### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | )( | |
| | )( | **Criminal No. 07-288** |
| **v.** | )( | **Judge Friedman** |
| | )( | **Motions Hearing: March 26, 2008** |
| **EDWARD MADDOX** | )( | |

### DEFENDAT'S PROPOSED JURY INTRUCTIONS

COMES NOW the defendant, Edward Maddox, by and through undersigned counsel, and respectfully moves this Honorable Court, to include the following instructions in the instructions that the court will give to the jury before and during trial. Additionally, Mr. Maddox objects to one of government's proposed instructions and submits that that instruction should be modified. In support of this motion, Mr. Maddox would show:

1.      Earlier today, the government submitted the Government's Proposed Jury Instructions. With one exception, Mr. Maddox does not object to the use of the instructions the government has submitted. However, Mr. Maddox requests that two additional instructions be used before and during trial if necessary. Moreover, Mr. Maddox objects to one of the government's instructions and submits that it should be modified if it is to be used.

### Additional Instructions

Mr. Maddox requests that the following instructions be used in addition to the ones the government has already submitted:

1

A) 1.05—Cautionary Instruction Prior to First Recess.

B) 1.10—Evaluation of Prior Inconsistent Statement of a Witness (for both regular, unsworn statements and statements made under oath) (if necessary).

**<u>Objection to Government Instruction</u>**

In the Government's Proposed Jury Instructions, the government submits the following instruction:

As I instructed you at the beginning if the case, it is my responsibility to rule on legal questions. In that regard, I have already determined as a matter of law that the search of the car in this case was a lawful act by law enforcement officers performing law enforcement duties. Accordingly, you need not concern yourself with the circumstances surrounding the search of the car in question, and these circumstances should not be factored into you deliberations.

Government's Proposed Jury Instructions at 4-5. Mr. Maddox objects to this instruction. Specifically, Mr. Maddox objects to the second sentence. For one thing, this sentence is completely extraneous. The reason the jury should not consider the circumstances surrounding the seizure and search of the car is simply because those circumstances are to be considered by the Court alone. How the Court actually ruled in considering those circumstances has nothing to do with why the jury should not consider those circumstances. The jury does not need to know how the Court ruled; they just need to know that they are not to consider the circumstances surrounding the seizure and search of the car. Analogously, jurors are instructed that they are not to consider the possible sentence in reaching their verdict because the judge alone is the one who is to concern himself with sentencing issues. It would completely unnecessary to give jurors such an instruction and then also tell them what sentence the judge would likely give anyway.

Accordingly, it is unnecessary here to tell the jurors that the judge has ruled that the police officers acted legally in seizing and searching Mr. Maddox's car.

In addition to it being unnecessary to tell the jurors that the Court has found that the police acted lawfully in seizing and searching the car, it is also prejudicial to Mr. Maddox to tell them that. Telling the jurors that the Court has already approved of the actions of the police officers who are going to be the witnesses against Mr. Maddox clearly enhances their apparent credibility as witnesses. Accordingly, it would interfere with the jurors' ability to properly evaluate the credibility of the police officer's testimony. In effect, to inform the jurors that the Court has already found that the police officers acted legally in seizing and searching Mr. Maddox's car, takes the Court out of its position of neutrality and interjects it into the proceedings to the unfair detriment of Mr. Maddox. For this reason as well, Mr. Maddox objects to the government's proposed jury instruct because of the second sentence contained in that instruction.

WHEREFORE, the defendant, Edward Maddox, respectfully submits his proposed jury instructions.

Respectfully submitted,


_____/s/_____
Jerry Ray Smith
Counsel for Edward Maddox
717 D Street, N.W.
Suite 400
Washington, D.C. 20004

3