UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| | : | |
| v. | : | Cr. No. 07-288 (PLF) |
| | : | |
| EDWARD MADDOX, | : | |
| Defendant. | : | |

GOVERNMENT'S EXHIBIT LIST

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following list of exhibits which may be utilized during the defendant's trial:[1]

| Exhibit No. | Description | Marked For I.D. | Received In Evid. | Witness | Exhibit Sent Into Jury (Date & Time) |
| --- | --- | --- | --- | --- | --- |
| 1. | Driver's License | | | | |
| 2. | PNC Bank Card | | | | |
| 3. | Social Security Card | | | | |
| 4. | CSOSA Statement (9/27/07) | | | | |
| 5. | Pay Stub (2/2/06) | | | | |
| 6. | Pay Stub (2/9/06) | | | | |
| 7. | Pay Stub (2/16/06) | | | | |
| 8. | Pay Stub (2/23/06) | | | | |
| 9. | Pay Stub (3/9/06) | | | | |
| 10. | CSOSA Supervision Report (10/27/07) | | | | |
| 11. | Wallet | | | | |

---

[1] Although the government does not anticipate any additional exhibits being utilized during the trial, the government respectfully reserves the right, in an abundance of caution, to supplement this list if unexpected events occur at trial.

| Exhibit No. | Description | Marked For I.D. | Received In Evid. | Witness | Exhibit Sent Into Jury (Date & Time) |
|---|---|---|---|---|---|
| 12. | Car Registration Certificate | | | | |
| 13. | Moon's Auto Service Invoice (11/29/03) | | | | |
| 14. | Moon's Auto Service Invoice (5/10/06) | | | | |
| 15. | Moon's Auto Service Invoice (2/21/07) | | | | |
| 16. | Moon's Auto Service Invoice (2/21/07) | | | | |
| 17. | Moon's Auto Service Invoice (2/22/07) | | | | |
| 18. | Application Notification Form | | | | |
| 19. | Employment Application (8/1/07) | | | | |
| 20. | Residency Preference for Employment (8/1/07) | | | | |
| 21. | D.C. Public Schools Disclosure Statement (8/1/07) | | | | |
| 22. | Resume | | | | |
| 23. | Letter from Edward Maddox to James O'Neal (Unicor) (10/13/05) | | | | |
| 24. | CSOSA Letter (10/13/05) | | | | |
| 25. | CSOSA Letter (10/13/05) | | | | |
| 26. | Moon's Auto Service Invoice (8/16/07) | | | | |
| 27. | Jiffy Lube Invoice (9/10/07) | | | | |
| 28. | CSOSA Letter (8/30/07) | | | | |

Case 1:07-cr-00288-PLF    Document 42    Filed 05/27/2008    Page 2 of 5

| Exhibit No. | Description | Marked For I.D. | Received In Evid. | Witness | Exhibit Sent Into Jury (Date & Time) |
|---|---|---|---|---|---|
| 29. | D.C. Government Letter (9/9/99) | | | | |
| 30. | PD-163 (Edward Maddox) | | | | |
| 31. | PD-163 (Earl Johnson) | | | | |
| 32. | No Record of Firearms Registration Certificate | | | | |
| 33. | Certificate of No Record of License to Carry a Pistol | | | | |
| 34. | Certificate of Firearm Examination | | | | |
| 35. | Seizure List (5025 Sheriff Road, N.E.) | | | | |
| 36. | Seizure List (Chev. Malibu) (Typed-version) | | | | |
| 37. | Seizure List (Chev. Malibu) (Hand-written version) | | | | |
| 38. | PD-47 | | | | |
| 39. | DEA Laboratory Report (with worksheets) | | | | |
| 40. | PD-81 (narcotics) | | | | |
| 41. | PD-81 (gun/ammo) | | | | |
| 42. | PD-81 (currency from 5025 Sheriff Road, N.E.) | | | | |
| 43. | PD-14 (currency from 5025 Sheriff Road, N.E.) | | | | |
| 44. | PD-81 (box containing assorted paraphernalia from 5025 Sheriff Road N.E.) | | | | |
| 45. | PD-81 (mail matter from Chev. Malibu) | | | | |

| Exhibit No. | Description | Marked For I.D. | Received In Evid. | Witness | Exhibit Sent Into Jury (Date & Time) |
|---|---|---|---|---|---|
| 46. | Search Warrant and Affidavit (5025 Sheriff Road, N.E.) | | | | |
| 47. | DEA7 | | | | |
| 48. | Detector Canine Field Report | | | | |
| 49. | Crime Scene Evidence Report | | | | |
| 50. | Narcotics | | | | |
| 51. | Gun | | | | |
| 52. | Ammunition | | | | |
| 53. | Handbag | | | | |
| 54. | Certified Car Registration | | | | |
| 55. | Maryland Correction Training Center Files of Teddy McCain | | | | |
| 56. | Radio Run | | | | |
| 57. | PSA Report | | | | |
| 58. | Certified Conviction | | | | |
| 59. | Photographs | | | | |
| a. | Edward Maddox (full body) | | | | |
| b. | Edward Maddox (face) | | | | |
| c. | Chev. Malibu (front) | | | | |
| d. | Chev. Malibu (rear) | | | | |
| e. | Chev. Malibu (entire car) | | | | |
| f. | Chev. Malibu (cup holder) | | | | |
| g. | Narcotics | | | | |
| h. | Chev. Malibu (front interior) | | | | |

| Exhibit No. | Description | Marked For I.D. | Received In Evid. | Witness | Exhibit Sent Into Jury (Date & Time) |
|---|---|---|---|---|---|
| i. | False can | | | | |
| j. | Chev. Malibu (front door) | | | | |
| k. | Handbag (closed) | | | | |
| l. | Handbag (open) | | | | |
| m. | Handbag (closed) | | | | |
| n. | Chev. Malibu (front door) | | | | |
| o. | Chev. Malibu (front door) | | | | |
| p. | Chev. Malibu (under seat) | | | | |
| q. | Handgun | | | | |
| r. | Handgun (barrel) | | | | |
| s. | Handgun (magazine) | | | | |
| 60. | Indictment | | | | |
| 61. | Box containing various items recovered from the Chevrolet Malibu | | | | |

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By: _____/s/_____
OPHER SHWEIKI
Assistant United States Attorney
Bar No. 458776
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8822
Opher.Shweiki@usdoj.gov