UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Cr. No. 07-288 (PLF) |
| | : |
| EDWARD MADDOX, | : |
|     Defendant. | : |

NOTICE OF FILING OF RETYPED "INDICTMENT"

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully provides notice of the filing of the attached retyped "Indictment."

In this case, defendant was charged in the original Indictment with the following four counts: Count 1 – Unlawful Possession with Intent to Distribute Heroin, Count 2– Unlawful Possession with Intent to Distribute Cannabis, Count 3 – Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense, and Count 4 – Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year.

As discussed in the "Government's Supplemental, Post-Hearing Brief in Opposition to Defendant's Motion to Suppress Evidence, Statements and other Information," filed on April 24, 2008, as well as at the court hearing held on May 15, 2008, the Government intends to proceed to trial solely on Count 1 of the original Indictment on the lesser-included charge of Unlawful Possession of a Controlled Substance (Heroin), and on Count 4 of the original Indictment on the charge of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year.

The Government will dismiss all other remaining charges in the original Indictment

which include: 1) the remaining and greater charge in Count 1 of Unlawful Possession with Intent to Distribute Heroin, 2) the entirety of the charge in Count 2 of Unlawful Possession with Intent to Distribute Cannabis, and 3) the entirety of the charge in Count 3 of Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense.

    To that end and consistent with the Court's instructions at the hearing held on May 20, 2008, the Government submits the attached retyped "Indictment" which reflects the currently pending charges.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:      /s/
OPHER SHWEIKI
Assistant United States Attorney
Bar No. 458776
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8822
Opher.Shweiki@usdoj.gov