UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Cr. No. 07-288 (PLF) |
| EDWARD MADDOX, | : | |
| Defendant. | : | |

*Re-Typed* **INDICTMENT**

The Grand Jury charges that:

## COUNT ONE

On or about September 29, 2007, within the District of Columbia, **EDWARD A. MADDOX**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court, Criminal Case No. F-3459-81, did unlawfully and knowingly receive and possess a firearm, that is, a Hi Point .40 caliber pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922 (g)(1))

## COUNT TWO

On or about September 29, 2007, within the District of Columbia, EDWARD A. MADDOX, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

**(Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, 844 (a))