UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Criminal No. 07-288 (PLF)

EDWARD A. MADDOX

## JURY NOTE

We are at an impasse on one of the counts. May we decide on only one count?

Date: 6-2-08

Time: 12:54 pm

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                                    Criminal No. 07-288 (PLF)

EDWARD A. MADDOX

## JURY NOTE

> We have chosen to continue to deliberate ~~until we can reach~~ ~~another case the charge~~ ~~achieve a verdict on~~ ~~both counts~~ rather than submitting a verdict on only one count.

Date: 6-2-08

Time: 1:52 pm

_____
Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

      vs.                              Criminal No. 07-288 (PLF)

EDWARD A. MADDOX

## JURY NOTE

We are submitting our verdict for the first charge. We do not believe we will ever reach agreement on the second charge

Date: 6/2/08

Time: 2:22pm

                                                          Foreperson