UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                    Criminal No. 07-288 (PLF)

EDWARD A. MADDOX

## JURY NOTE

We are at an impasse on one of the counts. May we decide on only one count?

Date: 6-2-08

Time: 12:54pm

Dahlia Shavitz

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                        Criminal No. 07-288 (PLF)

EDWARD A. MADDOX

## JURY NOTE

We have chosen to continue to deliberate ~~after the date a verdict~~, ~~we can not reach the charge~~ ~~continue reach a verdict~~ on ~~the count~~ rather than submitting a verdict on only one count.

Date: 6-2-08

Time: 1:52 pm

_Dahlia Shaewitz_
Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                  Criminal No. 07-288 (PLF)

EDWARD A. MADDOX

## JURY NOTE

We are submitting our verdict for
the first charge. We do not believe
we will ever reach agreement on
the second charge.

Date: 6/2/08

Time: 2:22pm

_Dahlia M Shanwitz_
Foreperson