UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 07-0288 (PLF)
)
EDWARD A. MADDOX, )
)
Defendant. )

## JURY VERDICT FORM

#### Count One

As to the charge of **Unlawful Possession of a Firearm or Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922 (g)(1)**, we find the defendant, Edward Maddox:

**NOT GUILTY** _____ **GUILTY** \_\_\_X\_\_\_

#### Count Two

As to the charge of **Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, 844 (a), we find the defendant, Edward Maddox:

**NOT GUILTY** _____ **GUILTY** _____

UNANIMOUSLY AGREED TO THIS \_\_2nd\_\_ DAY OF JUNE 2008.

_____
FOREPERSON