UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 07-288 |
| v. )( | Judge Friedman |
| )( | Hearing: September 22, 2008 |
| EDWARD MADDOX )( | |

# EMERGENCY
## UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING POST-TRIAL MOTIONS AND POINTS AND AUTHORITY IN SUPPORT THEREOF

COMES NOW the defendant, Edward Maddox, by and through undersigned counsel, and respectfully moves this Honorable Court to extend his deadline for filing post-trial motions from August 1, 2008 to August 15, 2008. This motion is being captioned an "Emergency Motion" because the Court must act on this motion on or before August 1, 2008 if it is to preserve jurisdiction to entertain any Rule 29 or Rule 33 motions that that Mr. Maddox would file after August 1, 2008. In support of this motion to enlarge the filing deadline for his post-trial motions, Mr. Maddox would show:

1. On June 2, 2008, the jury in this case returned a guilty verdict against Mr. Maddox. On that day, the Court fixed the deadline for Mr. Maddox to file post-trial motions for August 1, 2008. The Court fixed this deadline so that undersigned counsel would have time to order, obtain, and review the trial transcripts before filing any post-trial motions. Shortly thereafter, counsel ordered all the relevant transcripts.

2. As of July 30, 2008, undersigned counsel has still not received all the transcripts for this case. Currently, counsel is still missing the transcripts for May 29,

1

2008 (morning) and May 30, 2008 (morning).  Moreover, the transcripts for May 20 (afternoon), May 28 (afternoon), May 29, 2008 (afternoon), and May 30, 2008 (afternoon) were only made available to counsel on Friday, July 25, 2008, and counsel was not able to actually obtain those transcripts until Monday, July 28, 2008.

       3       If undersigned counsel is to be able to obtain and review all of the trial transcripts before filing any post-trial motions, he will not be able to file those motions by August 1, 2008.  Counsel expects that the two missing transcripts will become available in the near future.  Counsel therefore believes that he will be able to obtain and review all relevant transcripts and file properly informed post-trial motions by August 15, 2008.  Accordingly, Mr. Maddox is requesting that his deadline for filing post-trial motions be extended from August 1, 2008 to August 15, 2008—that is, by two weeks beyond the current deadline.

       4.      Currently, the government's deadline for filing its oppositions to Mr. Maddox's post-trial motions has been set for August 25, and Mr. Maddox's deadline for replying to those oppositions has been set for September 10, 2008.  If the court grants this motion to extend Mr. Maddox's deadline for filing his post-trial motions by two weeks (that is, from August 1, 2008 to August 15, 2008), Mr. Maddox agrees that is fair to extend the government's deadline for filing oppositions to those motions by two weeks as well (that is, from August 25, 2008 to September 8, 2008).  Undersigned counsel will budget time now so that, even if the government does not file its oppositions until September 8, 2008, counsel will be in a good position  to the reply to those oppositions by the currently scheduled deadline of September 10, 2008.

2

5. This motion to extend the deadline for Mr. Maddox to file his post-trial motions is being captioned an "Emergency Motion" because the Court must act on the motion on or before by August 1, 2008 if it is to retain jurisdiction to entertain any Rule 29 or Rule 33 motions that that Mr. Maddox might file after August 1, 2008. Under Fed. R. Crim. P. 29, a motion for judgment of acquittal must be made within seven days of the verdict unless the trial court fixes some later date within those initial seven days. The same is true for motions for new trial filed under Fed. R. Crim. P. 33(b)(2). The Supreme Court and the Court of Appeals for the District of Columbia Circuit have made clear that, if a trial court does not fix a later deadline within seven days after verdict, it looses jurisdiction to entertain any Rule 29 and Rule 33 motions that might be filed after the seven-day deadline. <u>Carlisle v. United States</u>, 517 U.S. 416 (1996) (Rule 29 motions); <u>United States v. Hall</u>, 214 F.3d 175 (D.C. Cir. 2000) (applying Supreme Court's holding on Rule 29 motions in <u>Carlisle</u> to Rule 33 motions); <u>United States v. Marquez</u>, 291 F.3d 23 (D.C Cir. 2002) (Rule 33 motions). It therefore follows that, if the Court does not extend the deadline for filing post-trial motions on or before the current deadline of August 1, 2008, the Court will lose jurisdiction to entertain any Rule 29 and Rule 33 motions that Mr. Maddox might file after August 1, 2008. Accordingly, the Court must act on this motion to extend the deadline for filing post-trial motions on or before August 1, 2008 if it is to retain jurisdiction to entertain those motions.

6. On July 30, 2008, undersigned counsel spoke with Assistant United States Attorney Opher Schweiki. Mr. Schweiki is the prosecutor in this case. Mr. Schweiki graciously represented that the government does not oppose extending the deadline for

Mr. Maddox to file his post-trial motions to August 15, 2008—provided that its deadline for filing oppositions to those motions is extended to September 8, 2008.

WHEREFORE, the defendant, Edward Maddox moves this Honorable Court to extend his deadline for filing post-trial motions to August 15, 2008 and to also extend the government's deadline for filing its oppositions to those motions to September 8, 2008. Additionally, Mr. Maddox moves the Court to act on this motion to enlarge the deadline for filing his post-trial motions on or before August 1, 2008.

                          Respectfully submitted,

                          ____/s/_____
                          Jerry Ray Smith
                          Counsel for Edward Maddox
                          717 D Street, N.W.
                          Suite 400
                          Washington, D.C. 20004
                          Phone: (202) 347-6101

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**    )( | |
| )( | **Criminal No. 07-288** |
| v.                                   )( | **Judge Friedman** |
| )( | **Hearing: September 22, 2008** |
| **EDWARD MADDOX**               )( | |

# ORDER

UPON CONSIDERATION of defendant Edward Maddox's Emergency Unopposed Motion to Extend the Deadline for Filing Post-Trial Motions and Points and Authority in Support thereof, it is this _____ day of _____, 2008 hereby

ORDERED that the motion is granted, and it is further

ORDERED that Mr. Maddox has until August 15, 2008 to file his post-trial motions and that the government has until September 8, 2008 to file its oppositions to those motions.

SO ORDERED.

_____
Paul L. Friedman
United States District Judge